UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRYSTAL KAY BULIN,<br><br>Defendant. | 5:23-CR-50186-KES<br><br>REPORT AND RECOMMENDATION |

This matter came before the court for a change of plea hearing on August 2, 2024. The Defendant, Krystal Kay Bulin, appeared in person and by her counsel, the Assistant Federal Public Defender, while the United States appeared by its Assistant United States Attorney.

The defendant consented in open court to the change of plea before a United States magistrate judge. This court finds that the defendant's consent was voluntary and upon the advice of counsel. The government also consented to the plea hearing before a magistrate judge. Further, the parties waived their right to object to the report and recommendation.

Defendant has reached a plea agreement wherein she intends to plead guilty to the Indictment which charges her with Distribution of Child Pornography and Aiding and Abetting, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2. At the hearing, the defendant was advised of the nature

of the charges to which the defendant would plead guilty and the maximum penalties applicable, specifically: a mandatory minimum sentence of 5 years and a maximum sentence of up to twenty (20) years in prison; a $250,000 fine; or both; a mandatory minimum period of five (5) years up to life of supervised release; an additional 2 years imprisonment if supervised release is revoked unless that revocation is for a new violation of chapter 109A (sexual abuse), chapter 110 (sexual exploitation of children), chapter 117 (kidnapping), or section 1591 (sex trafficking of children by force, fraud or coercion), in which case a revocation sentence may be for a mandatory minimum of 5 years' imprisonment and up to a lifetime imprisonment; restitution; and a $100 special assessment.

Upon questioning the defendant personally in open court, it is the finding of the court that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges and the consequences of the plea, and that her plea of guilty to Indictment is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  The defendant's guilty plea to Indictment is accepted.  It is my report and recommendation that the defendant be adjudged guilty of that offense.

DATED this 2nd day of August, 2024.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge