UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>KRYSTAL KAY BULIN,<br><br>　　　　Defendant. | 5:23-CR-50186-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AS AMENDED AND ORDER SCHEDULING SENTENCING |

　　　　On August 2, 2024, defendant, Krystal Kay Bulin, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to Count 2 of the Indictment. Count 2 of the Indictment charges Bulin with Distribution of Child Pornography and Aiding and Abetting, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2. Both parties waived any objection to the report and recommendation.

　　　　The court notes that the Report and Recommendation states that Bulin intends to plead guilty to the Indictment. *See* Docket 37 at 2. The plea agreement, however, states only that she will plead guilty to Count 2, and during the change of plea hearing, Magistrate Judge Wollmann discussed only Count 2. Thus, it appears that this was merely a typographical error and it is

　　　　ORDERED that the report and recommendation (Docket 37) is adopted as amended. The defendant is adjudged guilty of Distribution of Child Pornography and Aiding and Abetting, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2. It is

FURTHER ORDERED that the sentencing hearing in this matter will be on November 1, 2024, at 1:00 p.m. in Rapid City, Courtroom 2.

Dated August 2, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE